IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DAVID BOLING,

    Plaintiff,

VS                                  CIVIL NO. 1-05-1129 T/An
                                  <u>JURY DEMANDED</u>

GIBSON COUNTY, GIBSON COUNTY SHERIFF'S
DEPARTMENT, JOSEPH SHEPHERD, SHERIFF OF GIBSON COUNTY,
CITY OF MEDINA, CITY OF MEDINA POLICE DEPARTMENT,
JAMES BAKER, CHIEF OF POLICE OF MEDINA, CHAD DAVIS, INVESTIGATOR OF
MEDINA POLICE DEPARTMENT,
MADISON COUNTY, MADISON COUNTY SHERIFF'S DEPARTMENT, DAVID L.
WOOLFORK, SHERIFF OF MADISON COUNTY, TOMMY G. BUNTIN, DEPUTY OF
MADISON COUNTY SHERIFF'S DEPARTMENT AND
JOHN AND/OR JANE DOES,

    Defendants.

---

## ~~PROPOSED~~ SCHEDULING ORDER

---

    1.    Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

    INITIAL DISCLOSURES: August 12, 2005

    JOINING PARTIES:

        For Plaintiff: September 29, 2005

        For Defendants: October 28, 2005

    AMENDING PLEADINGS:

        For Plaintiff: September 29, 2005

        For Defendants: October 28, 2005

COMPLETING ALL DISCOVERY: March 29, 2006

    (a) Requests for Production, Interrogatories and Requests for Admission: March 29, 2006

    (b) Expert Disclosure:

        (i) Plaintiff's Experts: January 27, 2006

        (ii) Defendants' Experts: February 27, 2006

        (iii) Supplementation under Rule 26(e): March 9, 2006

    (c) Deposition of Experts: March 29, 2006

FILING DISPOSITIVE MOTIONS:  March 21, 2006

FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):

    (a)  for Plaintiff: May 5, 2006

    (b)  for Defendants: May 19, 2006

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

Trial of this matter is expected to last five days and is set for Jury Trial on June 21, 2006 at 9:30 a.m.  A joint pretrial order is due on June 9, 2006.  In the event the parties are unable to agree on a joint pretrial order, the parties must notify the court at lease tend days before trial.

OTHER RELEVANT MATTERS:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in

sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(B), all motions, except motions pursuant to FRCP 12,56, 59 and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting for the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with

a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

*S. Thomas Anderson*

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: July 18, 2005

4

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:05-CV-01129 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Kathleen Ball
BALL LAW FIRM
3173 Poplar Avenue
Memphis, TN 38111

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jerry P. Spore
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT