IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DAVID BOLING, | ) |
| Plaintiff, | ) |
| v. | ) NO. 05-1129 T/An |
| GIBSON COUNTY, et al., | ) |
| Defendants. | ) |

### ORDER DENYING MOTION TO FILE AMENDED COMPLAINT

Before the Court is Plaintiff's Motion for Leave to File Amended Complaint filed on July 6, 2005. For the reasons set forth below, the Motion is **DENIED** without prejudice.

Although Plaintiff attached a Certificate of Consultation to its Motion to Amend, Plaintiff does not state whether the counsel for Madison County oppose the instant Motion. Therefore, for not fully complying with Local Rule 7.2, the Motion should be denied. Additionally, United States District Judge James D. Todd entered an Order Granting in Part and Denying in Part Defendant's Motion to Dismiss on August 1, 2005. Plaintiff is welcome to re-file the instant Motion consistent with the Order entered by Judge Todd after complying with all Local Rules.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 16, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8-17-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:05-CV-01129 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

Kathleen Ball
BALL LAW FIRM
3173 Poplar Avenue
Memphis, TN 38111

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Jerry P. Spore
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT