001-096-00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID BOLING | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. <u>1-05-1129 T An</u> |
| | ) | |
| GIBSON COUNTY, GIBSON COUNTY | ) | |
| SHERIFF'S DEPT., JOSEPH SHEPHERD, | ) | |
| OF GIBSON COUNTY, CITY OF MEDINA, | ) | |
| CITY OF MEDINA POLICE DEPARTMENT, | ) | |
| JAMES BAKER CHIEF OF POLICE OF | ) | |
| MEDINA, CHAD DAVIS INVESTIGATOR OF | ) | |
| MEDINA POLICE DEPT. MADISON COUNTY, | ) | |
| MADISON COUNTY SHERIFF'S DEPT. DAVID | ) | |
| L. WOOLFORK, SHERIFF OF MADISON | ) | |
| COUNTY, TOMMY G. BUNTIN DEPUTY OF | ) | |
| MADISON COUNTY SHERIFF'S DEPT. AND | ) | |
| JOHN AND/OR JANE DOES, | ) | |
| | ) | |
| Defendants | ) | |

ORDER GRANTING
DEFENDANT GIBSON COUNTY, SHERIFF JOSEPH SHEPHERD, MADISON COUNTY, SHERIFF
DAVID WOOLFORK, AND TOMMY BUNTIN'S
MOTION FOR EXTENSION OF TIME IN WHICH TO FILE AN ANSWER

Defendants Gibson County, Sheriff Joseph Shepherd, Madison County, Sheriff David Woolfork, and Tommy Buntin move the Court for an extension of time in which to file an answer to Plaintiff's Complaint. These Defendants seeks an order allowing them to file an answer within ten (10) days after the entry of the Court's order regarding Plaintiff's pending motion for leave to file an amended complaint.

An extension of time is appropriate so that Defendants will not have to file an answer and then, if the amended complaint is allowed, have to file an answer addressing Plaintiff's amendments. To do so would be inconvenient and waste resources. These Defendants have consulted with counsel for Plaintiff and Co-Defendants and there is no objection to such an extension. Accordingly, Defendants are ordered

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on <u>09-01-05</u>



to file an answer within ten (10) days of the entry of an Order regarding Plaintiff's motion for leave to file an amended complaint.

IT IS SO ORDERED.

_S. Thomas Anderson_
Judge

_August 30, 2005_
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:05-CV-01129 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Kathleen Ball
BALL LAW FIRM
3173 Poplar Avenue
Memphis, TN 38111

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Jerry P. Spore
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT