# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| DAVID BOLING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 05-1129 T/An |
| ) | |
| GIBSON COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING AMENDED MOTION TO FILE AMENDED COMPLAINT

Before the Court is Plaintiff's Amended Motion for Leave to File Amended Complaint filed on September 6, 2005. For good cause shown and because the Defendants did not file a response as required by Local Rule 7.2, the Plaintiff's Motion is **GRANTED**. Plaintiff shall file his Amended Complaint within 15 days of entry of this order.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 14, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10-17-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 1:05-CV-01129 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Kathleen Ball
BALL LAW FIRM
3173 Poplar Avenue
Memphis, TN 38111

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Jerry P. Spore
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT