IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 NOV -3 AM 9: 20
CLERK US DISTRICT COURT
W.D. OF TN JACKSON

DAVID BOLING,

    Plaintiff,

VS

GIBSON COUNTY, JOSEPH SHEPHERD, SHERIFF OF GIBSON COUNTY,
CITY OF MEDINA, CITY OF MEDINA POLICE DEPARTMENT,
JAMES BAKER, CHIEF OF POLICE OF MEDINA, CHAD DAVIS, INVESTIGATOR OF
MEDINA POLICE DEPARTMENT,
MADISON COUNTY, MADISON, DAVID L. WOOLFORK, SHERIFF OF MADISON
COUNTY, TOMMY G. BUNTIN, DEPUTY OF MADISON COUNTY SHERIFF'S
DEPARTMENT AND
JOHN AND/OR JANE DOES,

    Defendants.

CIVIL NO. 1-05-1129 T/An
JURY DEMANDED

ORDER GRANTING MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT AND ADD PARTY DEFENDANT

Before the court is a Motion of Plaintiff David Boling for

Leave to File Second Amended Complaint and Add Party Defendant.

For good cause shown, the Court grants said motion and orders

that Plaintiff may file Second Amended Complaint by

November 12 , 2005.

    IT IS SO ORDERED.

_S. Thomas Anderson_

UNITED STATES MAGISTRATE JUDGE

DATE: November 1, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  11-08-05

42

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 1:05-CV-01129 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Kathleen Ball
BALL LAW FIRM
3173 Poplar Avenue
Memphis, TN 38111

Jerry P. Spore
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT