IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DAVID BOLING,

    Plaintiff,

VS                                             CIVIL NO. 1-05-1129 T/An
                                                  JURY DEMANDED

GIBSON COUNTY, JOSEPH SHEPHERD, SHERIFF OF GIBSON COUNTY,
CITY OF MEDINA, CITY OF MEDINA POLICE DEPARTMENT,
JAMES BAKER, CHIEF OF POLICE OF MEDINA, CHAD DAVIS, INVESTIGATOR OF
MEDINA POLICE DEPARTMENT,
MADISON COUNTY, MADISON, DAVID L. WOOLFORK, SHERIFF OF MADISON
COUNTY, TOMMY G. BUNTIN, DEPUTY OF MADISON COUNTY SHERIFF'S
DEPARTMENT AND
JOHN AND/OR JANE DOES,

    Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO MODIFY RULE 16(B) SCHEDULING ORDER

Before the court is a Motion of Plaintiff David Boling for Leave to Modify Rule 16(b) Scheduling Order. For good cause shown, the Court grants said motion and orders that Plaintiff's deadline for Amending Pleadings and Joining Parties is extended until October 28, 2005.

    IT IS SO ORDERED.

*S. Thomas Anderson*
UNITED STATES MAGISTRATE JUDGE
DATE: November 1, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  11-08-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 1:05-CV-01129 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

___

Kathleen Ball
BALL LAW FIRM
3173 Poplar Avenue
Memphis, TN 38111

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jerry P. Spore
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT